| AO-10 Rev. 1/89 | FINANCIAL DISCLOSURE REPORT | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Huff, Marilyn L. | United States District Court Southern District of Cal. | 3/14/91 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year or inclusive dates) |
|---|---|---|
| Judicial Nominee | 3/11/91 | 1/90-3/1/91 |

Home or office address

1700 First Interstate Plaza  401 B Street, San Diego, CA 92101

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions) | |
| Partner | Gray, Cary, Ames & Frye |
| Director | San Diego County Bar Foundation |
| Director | American Lung Association San Diego |
| Advisory Council | California League of Women Voters |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [x] NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1 | Gray, Cary, Ames & Frye | $ 223,927 |
| 2 | Gray, Cary, Ames & Frye | $ (S) |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |

Digitized by Google

699

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Huff, Marilyn L. | 3/14/91 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

SOURCE | DESCRIPTION

[x] NONE (No such reportable reimbursements or gifts)

(Not required)

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

SOURCE | DESCRIPTION | VALUE

[x] NONE (No such reportable gifts)

(Not required)

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

CREDITOR | DESCRIPTION | VALUE CODE*

[ ] NONE (No reportable liabilities)

| (J) Great Western | Real estate mortgage | M |
| (J) Provident Savings | Our share of real estate mtg | L |
| (J) Firemans Fund Mortgage | Our share of real estate mtg | M |

* VALUE CODES: J = $0 to $1,000  K = $1,001 to $5,000  L = $5,001 to $15,000  M = $15,001 to $50,000
N = $50,001 to $100,000  O = $100,001 to $250,000  P = over $250,000



<table>
<tr><td>AO-10<br>Rev 1/89</td><td>**FINANCIAL DISCLOSURE REPORT**</td><td>Annual Report Due by May 15 from Judicial Officers and<br>certain Judicial Employees (28 USCA App 1, §§ 301-09)</td></tr>
</table>

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Huff, Marilyn L. | United States District Court<br>Southern District of Cal. | 3/14/91 |

| Title | Date of Entry/Nomination/Termination<br>(only if initial or final report) | Reporting Period<br>(Calendar year, or exclusive dates) |
|---|---|---|
| Judicial Nominee | 3/11/91 | 1/90-3/1/91 |

Home or office address

1700 First Interstate Plaza   401 B Street, San Diego, CA 92101

IMPORTANT NOTES: *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

POSITION | NAME OF ORGANIZATION/ENTITY

[ ] NONE   (No reportable positions)

| Partner | Gray, Cary, Ames & Frye |
|---|---|
| Director | San Diego County Bar Foundation |
| Director | American Lung Association San Diego |
| Advisory Council | California League of Women Voters |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

DATE | PARTIES AND TERMS

[X] NONE   (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| [ ] NONE   (No reportable non-investment income) | | |
| 1 | Gray, Cary, Ames & Frye | $ 223.927 |
| 2 | Gray, Cary, Ames & Frye | $ (S) |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |


Digitized by Google

# 699

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Huff, Marilyn L. | 3/14/91 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [x] NONE (No such reportable reimbursements or gifts) | |
| (Not required) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [x] NONE (No such reportable gifts) | | |
| (Not required) | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| (J) Great Western | Real estate mortgage | M |
| (J) Provident Savings | Our share of real estate mtg | L |
| (J) Firemans Fund Mortgage | Our share of real estate mtg | M |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ruff, Marilyn L. | 3/14/91 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during period | | C Gross value end of period | | D Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g. div.) | Value Code (J-P) | Value Method (Q-W) | Type (e.g. sale) | Date Month Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| Bogus Investments (4 p) | x F | Rent | X | W | | | | | | |
| All Seasons (LP) | A | | M | W | | | | | | |
| ABC Associates (LP) | A | | M | W | | | | | | |
| John Hancock Clearing | A | Div | | | | | | | | |
| Silver Screen III (LP) | D | Dist | K | W | | | | | | |
| General Petroleum 1983 | A | Dist | unk | V | | | | | | |
| Bud Fund | A | | unk | T | | | | | | |
| Millennium Partners LP | A | | W | X | | | | | | |
| Industrial Ave. | A | | X | W | | | | | | |
| Mutual Investments | | Rent | L | W | | | | | | |
| Municipal Station Cal | F | Int. | P | T | | | | | | |
| Government Tax Exempt | A | | K | T | | | | | | |
| Goldman Cash Mgmt | | | V | T | | | | | | |
| Goldman Lehman B Fund | A | | J | T | | | | | | |
| Exxon 100 shares | B | Div | L | T | | | | | | |
| General Mills 100 shares | B | Div | L | T | | | | | | |
| IBM Stock Fund 13 sh | A | | J | T | | | | | | |
| General Financial 30 | A | | J | T | | | | | | |
| AT&T 11 shares | A | | J | T | | | | | | |
| Other 11 shares | A | | J | T | | | | | | |

| A=$1,000 or less | J=$15,000 or less | C=$2,001 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|
| B=$1,001 to $2,500 | F=$15,001 to $50,000 | G=$50,001 to $100,000 | E=over $1,000,000 |
| H=$2,501 to $5,000 | K=$15,001 to $50,000 | L=$50,001 to $100,000 | N=$250,001 to $500,000 |
| | O=$100,001 to $250,000 | P=over $250,000 | |
| | R=Cost (real estate only) | S=Assessed value | T=Cash/market |
| | V=Other | W=Estimated | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Huff, Marilyn L. | 3/14/91 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g., sold) | If not exempt from disclosure | | | | |
| | | | | | | Date: Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 DC Liz Claiborne 200 sh | A | Div | L | T | | | | | | |
| 2 J Bank of Commerce 11 | A | Div. | J | T | | | | | | |
| 3 J First Natl. Corp. 605 | B | Div. | J | T | | | | | | |
| 4 J Cooker Rest. 2000 sh. | A | | L | T | | | | | | |
| 5 J Velo-Bind 400 sh. | A | | K | T | | | | | | |
| 6 J International Inv.159 | B | Div. | K | T | | | | | | |
| 7 J Wash. Public Power Bonds | | | L | T | | | | | | |
| 8 J Eli Lilly Warrants 40 | ... | | K | T | Sold | 2/1/91 | K | | | |
| 9 J Eli Lilly Zero C. 40 | A | | unk | V | | | | | | |
| 10 J 2509 Deerpark | E | Rent | O | W | | | | | | |
| 11 J First Interstate | D | Int | O | T | | | | | | |
| 12 J Bank of Cal. | C | Int | N | T | | | | | | |
| 13 DC Bank of Cal | B | Int. | | | Closed | 12/90 | | | | |
| 14 DC First Interstate | B | Int. | | | Closed | 1/91 | | | | |
| 15 J Nationwide Life | | | M | W | | | | | | |
| 16 DC Western Natl. Life | | | M | W | | | | | | |
| 17 DC Western Natl. Life | | | M | W | | | | | | |
| 18 J GCAF Building Asso. | D | Dist. | | | Final Dist. | | | | | |
| 19 J First Nalt. Bank Keogh-MLR | | | O | T | | | | | | |
| 20 J First Nalt. Bank Keogh WSS | | | P | T | | | | | | |

1 Income/Gain Code: A = exempt ($0 to $100); E = $2,501 to $15,000; B = $101 to $1,000; F = $15,001 to $100,000; C = $1,001 to $2,500; G = $100,001 to $500,000; D = $2,501 to $15,000; H = over $100,000
2 Value Code: J = exempt ($0 to $15,000); K = $15,001 to $50,000; N = $250,001 to $500,000; O = $500,001 to $1,000,000; L = $50,001 to $100,000; P = over $250,000; M = $100,001 to $250,000
3 Value Method Code: Q = Appraisal; R = Cost (real estate only); S = Assessed value; T = Cash/market; U = Book value; V = Other; W = Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Ruff, Marilyn L. | 3/14/91 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting Individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Method Code³ (Q-W) | Type (e.g., sold) | Date Month Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 J Common Cents Investment (1/14th) | | T | | | | | | | |
| 2 Assets: Dean Witter US Govt.L(MM) T | | | | | | | | | |
| 3 Albertson 200 | | (1/14thJ | T | | | | | | |
| 4 AT&T 100 | | J | T | | | | | | |
| 5 Apache 100 | | J | T | | | | | | |
| 6 Battle Mountain Gold 100 | | J | T | | | | | | |
| 7 Emerson Electric 100 | | J | T | Sold | 2/15/91 | | | | |
| 8 Fidelity Magellan | | J | T | | | | | | |
| 9 Fluor 100 | | J | T | Sold | 2/15/91 | | | | |
| 10 Glaxco 100 | | J | T | | | | | | |
| 11 Great American 100 | | J | T | | | | | | |
| 12 Lotus 100 | | J | T | | | | | | |
| 13 Marion Lab 56 | | J | T | | | | | | |
| 14 McDonalds 300 | | J | T | | | | | | |
| 15 Merck 15 | | J | T | | | | | | |
| 16 Nordstrom 100 | | J | T | | | | | | |
| 17 Pall 100 | | J | T | | | | | | |
| 18 Pic & Save 100 | | J | T | | | | | | |
| 19 Rubbermaid 100 | | J | T | | | | | | |
| 20 Vanguard QDPII | | J | T | | | | | | |

1 Income/Gain Code: A = exempt ($0 to $100); B = $101 to $1,000; C = $1,001 to $2,500; D = $2,501 to $5,000; E = $5,001 to $15,000; F = $15,001 to $50,000; G = $50,001 to $100,000; H = over $100,000
2 Value Code: J = exempt ($0 to $1,000); K = $1,001 to $5,000; L = $5,001 to $15,000; M = $15,001 to $50,000; N = $50,000 to $100,000; O = $100,001 to $250,000; P = over $250,000
3 Value Method Code: Q = Appraisal; R = Cost (real estate only); S = Assessed value; T = Cash/market; U = Book value; V = Other; W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Huff, Marilyn L. | 3/14/91 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Method Code (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| J UTI Enterprises Investment Club (1/5th) | | | | | | | | | |
| Assets: | | | | | | | | | |
| Burnham Pacific 300 | | | J | T | | | | | |
| Bank of San Diego 200 | A | | J | T | | | | | |
| Clearly Canadian | | | J | T | Sold | 3/13/91 | K | | |
| First Natl. Corp. 110 | | | J | T | | | | | |
| Great American 300 | | | J | T | Sold | 3/1/90 | 400 | | |
| Home Fed 350 | A | | J | T | | | | | |
| Humphrey 100 | | | J | T | | | | | |
| Price Co. 200 | | | J | T | Sold | 1/25/91 | 100 | | |
| | | | | | Sold | 7/5/90 | 100 | | |
| WD-40 | A | | J | T | | | | | |
| WCI Holdings 30 | | | | | Sold | 6/4/90 | | | |
| Cubic 200 | | | | | Sold | 4/6/90 | | | |
| Wheelabrator 125 | | | | | Sold | 6/4/90 | | | |
| 401-K Vanguard MLH | | | L | T | | | | | |
| J 401 K Vanguard WSB | | | L | T | | | | | |
| J IRA Western Natl. Life | | | L | T | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

## 704

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Huff, Marilyn L. | Date of Report<br>3/14/91 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Marilyn L. Huff_    Date _3/14/91_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:  Judicial Ethics Committee
   Administrative Office of the
   United States Courts
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google